UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,                    CASE NO. 13-CR-20892
                                    HON: GEORGE CARAM STEEH

v.

D-13  JAWEED MOHAMMED,

        Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

Pursuant to Federal Rule of Criminal Procedure 32.2, Defendant JAWEED

MOHAMMED's ("Defendant") guilty plea to Count One of the Second

Superseding Indictment, Defendant's agreement to forfeiture in his Rule 11 Plea

Agreement, the Plaintiff's Unopposed Application for Entry of Preliminary Order

of Forfeiture, and all information contained in the record,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT the

Court shall GRANT and ENTER a forfeiture money judgment against Defendant

and in favor of the United States of America in the amount of $1,478,170.79.

Defendant shall be held jointly and severally responsible for the forfeiture money

judgment with all other defendants found guilty of violating Count One of the

Second Superseding Indictment in *United States v. Khan, et al.*, Case No. 13-CR-20892.

IT IS FURTHER ORDERED that the forfeiture money judgment may be satisfied, to whatever extent possible, from any property owned or under the control of Defendant.  To satisfy the forfeiture money judgment, any assets that Defendant has now, or may later acquire, may be forfeited as substitute assets under Title 21, United States Code, Section 853(p)(2).

IT IS FURTHER ORDERED that forfeiture of any previously identified substitute property, and any money paid to the United States to satisfy the forfeiture money judgment shall survive Defendant, notwithstanding any abatement of the underlying criminal conviction after execution of the Rule 11 Plea Agreement.  Any amount remaining to be paid to satisfy the forfeiture money judgment after Defendant's death may be collected from Defendant's estate in accordance with the Federal Debt Collection Procedures Act until the agreed forfeiture, including the forfeiture money judgment, is collected in full.

IT IS FURTHER ORDERED that pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A), this Preliminary Order of Forfeiture shall become final and effective as to Defendant at sentencing and shall be made part of Defendant's sentence and included in the Judgment.  The Preliminary Order of Forfeiture shall

not be the subject of ancillary proceedings because the forfeiture consists entirely

of a money judgment.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to

enforce this Preliminary Order of Forfeiture and to amend it as necessary, pursuant

to Federal Rule of Criminal Procedure 32.2(e).

**IT IS SO ORDERED.**

Dated: November 17, 2015          s/George Caram Steeh
                                  HON. GEORGE CARAM STEEH
                                  United States District Judge